# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRETT E. LANCASTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV-08-632-R |
| | ) |
| SHERIFF BEGGS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On November 17, 2008, Judge Roberts recommended the action be dismissed for failure to prosecute. On December 2, 2008, the copy of the Report and Recommendation sent to Plaintiff was returned by the post office as undeliverable. Apparently Plaintiff has been relocated, but failed to apprise the Court of the change of address, consistent with his prior failure to respond to various court orders, which resulted in the Report and Recommendation. Plaintiff has not objected to the Report and Recommendation nor has he indicated to the Court a desire to comply with prior orders or to prosecute this action. As such, the Report and Recommendation is adopted and this matter is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of December 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE